USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS JENNINGS,

Petitioner,

-against-

M. RITTER,

Respondent.

26-CV-5360 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

The Court has reviewed Defendant Dennis Jennings motion for appointment of counsel. *See* ECF No. 12. The motion is denied without prejudice to refiling. Jennings does not have the right to court-appointed counsel in this civil matter under the United States Constitution, *see S.E.C. v. Gerasimowicz*, 9 F. Supp. 3d 378, 382 (S.D.N.Y. 2014), or the Criminal Justice Act of 1964, *see* 18 U.S.C. § 30006A.

Jennings may renew his request for the appointment of pro bono counsel by completing the "Application for the Court to Request Pro Bono Counsel" which is attached to this order.

The Clerk of Court is respectfully directed to update the address for Defendant Dennis Jennings as follows and terminate the motion at ECF No. 12:

Dennis Jennings (18A2624)
Eastern Correctional Facility
30 Institution Road, Box 338
Napanoch, New York 12458-0338

SO ORDERED.

Dated: October 22, 2026
New York, New York

ANALISA TORRES
United States District Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

____________________________________________

____________________________________________

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

____________________________________________

____________________________________________

(List the full name(s) of the defendant(s)/respondent(s).)

_____CV__________ (_____) (_____)

Application for the Court to Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   ☐ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   ☐ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   ☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: ______________________________________________________.

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

| | |
|---|---|
| Date | Signature |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |
| Address City State Zip Code | |
| Telephone Number | E-mail Address (if available) |